Alexander Chen [SBN 245798]
William Walz [SBN 136995]
Theodore Lee [SBN 281475]
Elliot Landreth [SBN 314884]
**INHOUSE CO. LAW FIRM**
7700 Irvine Center Dr., Suite 800
Irvine, California 92618
Telephone: (714) 932-6659
Facsimile: (714) 882-7770

Attorneys for Plaintiff,
KUEN HWA TRAFFIC INDUSTRIAL CO.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **KUEN HWA TRAFFIC INDUSTRIAL CO., a Corporation organized under Taiwanese law,**<br><br>Plaintiff,<br><br>vs.<br><br>**DNA Motor, Inc., a California Corporation**<br><br>Defendant. | Case No.:<br><br>**COMPLAINT FOR:**<br><br>1. **PATENT INFRINGEMENT OF THE '987 PATENT (35 U.S.C. § 271(a))**<br><br>2. **WILLFUL INFRINGEMENT OF THE '987 PATENT**<br><br>**DEMAND FOR JURY TRIAL** |

//

//

//

Plaintiff Kuen Hwa Traffic Industrial Co., LTD. ("KHTI") presents the following allegations and facts in support of this Complaint and demands a jury trial on all causes of action stated herein against the named Defendant as follows:

## JURISDICTION AND VENUE

1.     This is a civil action for infringement of a patent, arising under the laws of the United States relating to patents, including, without limitation, 35 U.S.C. § 101, et seq., 35 U.S.C. § 271 and § 281. Plaintiffs seek preliminary and permanent injunctions and monetary damages for patent infringement.

2.     This Court has subject matter jurisdiction over this case for patent infringement under 28 U.S.C. §§ 1331 and 1338(a) and pursuant to the patent laws of the United States of America, 35 U.S.C. § 101, et seq.

3.     Venue properly lies within the Central District of California pursuant to 28 U.S.C.  sections 1391(b) and (c); 28 U.S.C. section 1400(a); and 18 U.S.C. section 1965. On information and belief, Defendant conducts substantial business directly and through third parties or agents in this judicial district by selling and offering to sell the infringing products and by conducting other business in this judicial district. Furthermore, Plaintiffs have been harmed by Defendant's conduct, business transactions and sales in this district.

4.     This Court has personal jurisdiction over Defendant because, on information and belief, Defendant transacts continuous and systematic business within the State of California and the Central District of California. In addition, this Court has personal jurisdiction over the Defendant because, on information and belief, this lawsuit arises out of Defendant's infringing activities, including, without limitation, the making, using, selling and/or offering to sell infringing products in the State of California and the Central District of California. Finally, this Court has personal jurisdiction over Defendant because, on information and belief, Defendant has made, used, sold and/or offered for sale its infringing products and placed such infringing products in the stream of interstate commerce with the expectation that such infringing products would be made, used, sold and/or offered for sale within the State of California and the Central District of California.

5.     Upon information and belief, certain of the products manufactured by or for Defendant have been and/or are currently sold and/or offered for sale to consumers including, but not limited to,

consumers located within the State of California at, among other places, Amazon.Com's website located at http://www.amazon.com and Ebay.com's website located at https://www.ebay.com.

### PARTIES

6.      Plaintiff Kuen Hwa Traffic Industrial Co., LTD. is a corporation organized under the laws of Taiwan, having its principal place of business at No.57, HUANGONG RD., YONGKANG DIST.,TAINAN CITY 71041,Taiwan.

7.      Defendant DNA Motor, Inc. is a corporation registered and existing under the laws of the State of California, with an office and principal place of business located at 801 Sentous Avenue, City of Industry, California 91748.

### THE ACCUSED PRODUCTS

8.      The Defendant's accused products for purposes of the asserted patents include the Defendant's projection headlights incorporating the patented designs. (the Patented Design.)

9.      Plaintiff believes and thereupon alleges that Defendant is aware that its customers and end-users are using the accused products in an infringing manner based on comments and discussions posted on its website  and other public websites where Defendant's authorized agents, customers and end-users discuss and disclose the use of the accused products.

10.      Furthermore, on May 7th, 2018, and again on May 10th 2018, Plaintiff via FedEx, notified Defendant as to it's ownership right of the '987 Patent, Plaintiff's knowledge of the existence of Defendant's infringing products, and with a request that Defendant cease and desist all infringing activities. See Exhibit "A".

### THE ASSERTED PATENTS

11.      On April 20, 2016, the United States Patent and Trademark office, duly and legally issued United States Design Patent No. D791,987, entitled "Vehicle headlight" ("the '987 Patent"). The patent's named inventor is Yung-Hsiang Lin, and Plaintiff Kuen Hwa Traffic Industrial Co., LTD.  is assignee and owner of the entire right, title, and interest in and to the '987 patent and vested with the right to bring this suit for damages and other relief. A true and correct copy of the '987 Patent is attached hereto as Exhibit "B".

## COUNT ONE

### INFRINGEMENT OF THE '987 PATENT BY DEFENDANT

12.     Plaintiff re-alleges and incorporates by reference each of the allegations set forth in paragraphs 1 through 11 above.

13.     Design Patent '987 has one single claim directed to the ornamental design for an exterior surface configuration of a vehicular headlight as shown below:



14.     Defendant has knowledge of infringement of the '987 Patent since at least the filing of this complaint.

15.     Defendant DNA Motor, Inc. copied the design of the 2012-2015 Toyota Tacoma projector style headlight featuring a LED halo ring from the headlight design of the '987 Patent. A side-by-side comparison of the '987 patented design and an exemplary specimen of Defendant DNA Motor, Inc.'s

projector style headlight is shown below, the photograph of the exemplary Defendant DNA Motor, Inc. headlight being taken from its Amazon product listing:

//

//

| D791987 | DNA's Accused Product |
|---------|----------------------|
|  FIG.1 |  |

16.     As shown in the pictures, the headlight design of the 2012-2015 Toyota Tacoma projector style headlight featuring a LED halo ring is the same or substantially the same as the headlight design of the '987 Patent. The headlight designs are so similar as to be nearly identical such that an ordinary observer, giving such attention as a purchaser usually gives, would be so deceived by the substantial similarity between the designs so as to be induced to purchase Defendant DNA Motor, Inc.'s products believing them to be substantially the same as the headlight design protected by the '987 Patent.

17.     Plaintiff has not granted a license or any other authorization to Defendant DNA Motor, Inc. to make use, offer for sale, sell or import headlights that embody the headlight design patented in the '987 Patent and which is proprietary to Plaintiff.

18.	Plaintiff alleges upon information and belief that, without authority, Defendant has infringed and continues to infringe the '987 Patent by, *inter alia*, making, using, offering to sell, or selling in the United States, including in the State of California and within this District, products infringing the ornamental design covered by the '987 Patent in violation of 35 U.S.C. § 271, including but not limited to Defendant DNA Motor, Inc.'s 2012-2015 Toyota Tacoma projector style headlight featuring a LED halo ring.

19.	Defendant DNA Motor, Inc.'s headlight design infringes the '987 Patent because, *inter alia*, in the eye of an ordinary observer, giving such attention as a purchaser usually gives, the headlight design of the '987 Patent and the headlight designs of Defendant DNA Motor, Inc.'s products, including without limitation, the headlight designs of the 2012-2015 Toyota Tacoma projector style headlight including a LED halo ring are substantially the same, with the resemblance being such as to deceive such an ordinary observer, inducing him to purchase one supposing it to be the other.

20.	Defendant DNA Motor, Inc.'s acts of infringement of the '987 Patent were undertaken without authority, permission or license from Plaintiff.  Defendant DNA Motor, Inc.'s infringing activities described herein violate 35 U.S.C. § 271.

21.	Plaintiff is informed and believes that Defendant intentionally sells, ships or otherwise delivers the accused products in the United States, with knowledge that are designed to and do practice the infringing features of the '987 Patent.

22.	Plaintiff is without an adequate remedy at law and has thus been irreparably harmed by these acts of infringement. Plaintiff asserts upon information and belief that infringement of the asserted claims of the '987 Patent is continuous and ongoing unless and until Defendant is enjoined from further infringement by the Court.

//

## COUNT TWO

### WILLFUL INFRINGEMENT OF THE ASSERTED PATENT

23. Plaintiff re-alleges and incorporates by reference each of the allegations set forth in paragraphs 1 through 22 above.

24. Defendant's infringement of the '987 Patent has been willful.

25. Defendant has had actual knowledge of the '116 Patent since at least May of 2018.

26. Plaintiff's letter to Defendant, with the '987 Patent attached, and Defendant's continued marketing and sales evidence not only Defendant's pre-suit knowledge of the '987 Patent, but that Defendant's infringement of that patent has been, and continues to be willful and deliberate, warranting treble damages.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff pray for relief and judgment as follows:

1. The determination that Defendant has infringed the '987 Patent;

2. That Defendant, Defendant's officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them, be preliminarily and permanently enjoined from infringement of the Patent-in-Suit, including but not limited to any making, using, offering for sale, selling, or importing of unlicensed infringing products within and without the United States;

3. Compensation for all damages caused by Defendant's infringement of the Patents-in-Suit to be determined at trial;

4. A finding that this case is exceptional and an award of reasonable attorney's fees pursuant to 35 U.S.C. § 285;

5. Granting Plaintiff's pre-and post-judgment interest on its damages, together with all costs and expenses;

6. Finding Defendant's infringement of the '987 Patent to be willful and increasing damages up to three times the amount found or assessed by the jury;

7. Awarding Plaintiff pre and post-judgement interest;

8.      Ordering that Defendant deliver up and destroy all infringing products; and,

9.      Granting Plaintiff such other and further relief as the Court may deem just and proper.

**DATED:** June 26th, 2018                           **INHOUSE CO. LAW FIRM**

By: _____
         Alexander Chen, Esq.
         William Walz, Esq.
         Theodore Lee, Esq.
         Elliot Landreth, Esq.
         Attorneys for Plaintiff
         Eagle Eyes Traffic Industry USA Holding LLC

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all claims.


**DATED:** June 26, 2018                                    **INHOUSE CO. LAW FIRM**


By: _____
                  Alexander Chen, Esq.
                  William Walz, Esq.
                  Theodore Lee, Esq.
                  Elliot Landreth, Esq.
                  Attorneys for Plaintiff
                  Kuen Hwa Traffic Industrial Co.

# EXHIBIT A



INHOUSE CO. LAW FIRM

REPLY to:

ELLIOT LANDRETH

Direct DIAL: 949-250-1555

ELLIOT@INHOUSECO.COM

YARDHOUSE RESTURANT BUILDING
7700 IRVINE CENTER DR., SUITE 800
IRVINE, CA 92618
TEL: 949-250-1555 * FAX: 714-882-7770

ALMADEN FINANCIAL PLAZA
1 ALMADEN BLVD SUITE 810
SAN JOSE, CA 95113
TEL: 408-918-5393 * Fax: 408-918-5373

## ATTORNEY COMMUNICATION

VIA FIRST CLASS MAIL, EMAIL AND FACISMILE

May 2, 2018

DNA Motor, Inc.
801 Sentous Avenue
City of Industry, CA 91748

**RE:     Infringement of D791987 owned by Kuen Hwa Traffic Industrial Co., LTD.**

---

Dear Sirs:

Our law firm represents Kuen Hwa Traffic Industrial Co., LTD. ("KHTI") in connection with its intellectual property rights. We have found, and attached for your review, instances of your company offering for sale products that are patented and owned by KHTI. This is a per se violation of KHTI's patent rights and this letter constitutes KHTI's demand that you cease and desist any and all activity associated with U.S. Patent No. D791,987, a patented design which you have been producing, marketing, and selling as a 2012-2015 Toyota Tacoma projector style headlight featuring a LED halo ring. You should immediately forward this letter to your attorney.

The U.S. Patent No. D791,987 ("the '987 patent") was registered on April 20, 2016, with a patent granted by the USPTO on July 11, 2017 to KHTI, who remains the current assignee of the patent. (see attached Exhibit A)

Page 2 of 3
May 2, 2018

| D791987 | DNA's Accused Product |
|---|---|
|  F I G . 1 | |
| | eBay links:<br><br>https://www.ebay.com/itm/2012-2015-TOYOTA-TACOMA-PROJECTOR-HEADLIGHT-LAMPS-LED-HALO-RING-CHROME-AMBER-/162854357115?vxp=mtr&hash=item25eae0487b<br><br>https://www.ebay.com/itm/2012-2015-TOYOTA-TACOMA-PROJECTOR-HEADLIGHT-LAMPS-LED-HALO-RING-SMOKED-CLEAR-/152968157405?vxp=mtr&hash=item239d9cd8dd<br><br>https://www.ebay.com/itm/2012-2015-TOYOTA-TACOMA-PROJECTOR-HEADLIGHT-LAMPS-LED-HALO-RING-BLACK-AMBER-/152867782506?vxp=mtr&hash=item2397a13f6a<br><br>https://www.ebay.com/itm/LED-HALO-RING-FOR-2012-2015-TOYOTA-TACOMA-BLACK-AMBER-PROJECTOR-HEADLIGHT-LAMP/401477165315?fits=Year%3A2012%7CModel%3ATacoma&hash=item5d79e76103:g:wU0AAOSwDApaXUZq&vxp=mtr |

Pursuant to 35 U.S. Code § 271, "whoever without authority makes, uses or sells any patented invention, within the United States during the term of the patent therefor, infringes the patent."

Recently, KHTI has become aware of DNA Motor, Inc's use of the '987 patent. KHTI has no such record of any contact existing between itself and DNA Motor, such that any such use of the '987 patent is clearly without either express or implied consent.

Page 3 of 3
May 2, 2018

Under U.S patent law, KHTI has several options to enforce its legal rights in the '987 patent including: (1) preliminary and permanent injunctions; (2) actual monetary damages; (3) disgorging of any profits you have realized through your use of the KHTI's patent; (4) reimbursement of attorney's fees required to prosecute a lawsuit against you; and (5) monetary damages for damage to KHTI's goodwill in the market. Further, a court may increase the damages up to three times the amount found or assessed as a punitive measure as a policy consideration to deter patent infringement in the overall marketplace.

Please be advised that KHTI will undertake all appropriate steps to protect its patent rights. You can avoid legal action by immediately ceasing and desisting from any and all infringing activity including use of the '987 patent. You must cease and desist all promotion and/or marketing of the cited 2012-2015 Toyota Tacoma projector style headlamps. You are hereby put on notice that KHTI and our firm will be monitoring your use for this purpose. Additionally, you must immediately cease your infringing actives and contact this firm within seven (7) days from receipt of this letter to confirm the same.  If no response is received, this firm has been authorized to proceed immediately with a federal law suit again you in the Central District Court of California and a formal complaint will be filed immediately.

If you or your attorney have any questions, please feel free to contact me.  I can be reached at my email address elliot@inhouseco.com or at my cell number 949-250-1555.


Inhouse Co. Law Firm
Sincerely,

Elliot Landreth, Esq.

Attorney at Law

EXHIBIT B

US00D791987S

(12) **United States Design Patent**   (10) Patent No.:     **US D791,987 S**
Lin                                    (45) Date of Patent:   **   Jul. 11, 2017**

(54) **VEHICLE HEADLIGHT**

(71) Applicant: **KUEN HWA TRAFFIC INDUSTRIAL CO., LTD.**, Tainan (TW)

(72) Inventor: **Yung-Hsiang Lin**, Tainan (TW)

(73) Assignee: **Kuen Hwa Traffic Industrial Co., Ltd.**, Tainan (TW)

(**) Term: **15 Years**

(21) Appl. No.: **29/561,778**

(22) Filed: **Apr. 20, 2016**

(51) LOC (10) Cl. ................................. **26-06**
(52) **U.S. Cl.**
USPC .......................................... **D26/28**
(58) **Field of Classification Search**
USPC ............... D26/28–36; 362/80–83, 267–269, 362/459–468, 475–478, 485–487
CPC .......... F21S 48/00; F21S 48/10; F21S 48/115; F21S 48/1233; F21S 48/1266; F21S 48/1388; F21S 48/2268; F21V 21/04
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D586,019 S  *  2/2009  Hsu ................................ D26/28
D674,938 S  *  1/2013  Lai ................................. D26/28

| D674,941 S | * | 1/2013 | Lai | D26/28 |
| D691,298 S | * | 10/2013 | Binder | D26/28 |
| D743,071 S | * | 11/2015 | Kao | D26/28 |
| D750,818 S | * | 3/2016 | Lin | D26/28 |
| D761,463 S | * | 7/2016 | Lai | D26/28 |

* cited by examiner

*Primary Examiner* — Marcus Jackson
(74) *Attorney, Agent, or Firm* — Rosenberg, Klein & Lee

(57)                 **CLAIM**

The ornamental design for a vehicle headlight, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a vehicle headlight showing my present design;
FIG. **2** is a front view thereof;
FIG. **3** is a right view thereof;
FIG. **4** is a top plan view thereof, and,
FIG. **5** is another perspective view thereof.
The broken lines in the drawings illustrate portions of the vehicle headlight which form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**





F I G . 1



F I G . 2



F I G . 3



FIG. 4



F I G . 5