NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Alexander Chen  SBN 245798
William R. Walz  SBN 136995
Theodore Lee  SBN 281475
Elliot Landreth  SBN 314884
INHOUSE CO. LAW FIRM
7700 Irvine Center Dr., Suite 800
Irvine, California 92618
Telephone: (714) 932-6659

ATTORNEY(S) FOR:  Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KUEN HWA TRAFFIC INDUSTRIAL CO., a
Corporation organized under Taiwanese law,

                                        Plaintiff(s),

        v.

DNA Motor, Inc., a California Corporation,

                                        Defendant(s)

CASE NUMBER:

### CERTIFICATION AND NOTICE
### OF INTERESTED PARTIES
**(Local Rule 7.1-1)**

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for          Plaintiff, KUEN HWA TRAFFIC INDUSTRIAL CO.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| KUEN HWA TRAFFIC INDUSTRIAL CO. | Plaintiff |
| DNA Motor, Inc. | Defendant |

June 26, 2018
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Alexander Chen

CV-30 (05/13)                          **NOTICE OF INTERESTED PARTIES**