UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 2:18−cv−05664−RGK−SK | Date   12/10/2018 |
| Title | KUEN HWA TRAFFIC INDUSTRIAL CO. V. DNA MOTOR, INC. | |

Present :   The Honorable  R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon Williams | Sandra MacNeil | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Theodore Lee                              Christopher Lee

**Proceedings:**     **SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est. 5−7 days): | August 6, 2019 at 09:00 AM |
| Pretrial Conference: | July 22, 2019 at 09:00 AM |
| Motion Cut−Off Date (last day to file): | May 22, 2019 |
| Discovery Cut−Off Date: | May 8, 2019 |

Last day to motion the Court to add parties or amend complaint is 2/1/2019. Counsel inform the Court that they have selected settlement option number 2.

**IT IS SO ORDERED.**

:02
Initials of Preparer:   sw

cc:     ADR UNIT